1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09-1443 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| RONALD BARRY JACOBSON, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ronald Barry Jacobson, in the principal amount of $10,240.26 plus interest accrued to February 24, 2009, in the sum of $8,369.22; with interest accruing thereafter at $2.24 daily until entry of judgment, for a total amount of $**18,609.48**.

DATED: 3/11/2009              By: TERRY NAFISI
                                  Clerk of the Court

                                  L. RAYFORD
                                  Deputy Clerk
                                  United States District Court